IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Daniel Washburn, | ) |
| | ) |
|           Plaintiff, | ) |
| | ) |
| v. | )  Case No. _____ |
| | ) |
| Tractor Supply Company, *et al.*, | ) |
| | ) |
|           Defendants. | ) |

## ENTRY OF APPEARANCE

COMES NOW Luke R. Hertenstein of the law firm Foland, Wickens, Roper, Hofer & Crawford, P.C. and enters his appearance as additional counsel for defendant Mitchell Bro's Construction, Inc. and defendant Ricky Mitchell in the above-captioned matter.

Respectfully submitted by:

FOLAND, WICKENS, ROPER,
HOFER & CRAWFORD, P.C.

*/s/ Luke R. Hertenstein*
Scott D. Hofer      KS # 15787
Robert H. Houske    KS # 14411
Luke R. Hertenstein  KS # 23809
1200 Main Street, Suite 2200
Kansas City, MO 64105
(816) 472-7474; FAX: (816) 472-6262
SHofer@fwpclaw.com
RHouske@fwpclaw.com
LHertenstein@fwpclaw.com
*Attorneys for Defendants Mitchell Bro's*
*Construction, Inc. and Ricky Mitchell*

## **CERTIFICATE OF SERVICE**

      All parties were electronically served this document. In addition, a true and accurate copy of the above and foregoing was sent via First Class U.S. Mail, postage prepaid, this 21st day of November, 2018 to the following:

Kala Spigarelli
THE SPIGARELLI LAW FIRM
515 North Broadway
P.O. Box 1449
Pittsburg, KS 66762
Email: kspig@spigarelli-law.com
*Attorneys for Plaintiff Daniel Washburn*

Scott R. Schillings
Matthew K. Holcomb
HINKLE LAW FIRM LLC
1617 N. Waterfront Pkwy., Ste. 400
Wichita, Kansas 67206-6639
Email:  sschillings@hinklaw.com
Email:  mholcomb@hinklaw.com
*Attorneys for Defendant Tractor Supply Company*

Sheila D. Verduzco
LAW OFFICE OF PAMELA W. BROWN
7301 West 133rd Street, Suite 302
Overland Park, KS 66213
Email: verdus1@nationwide.com
*Attorneys for Defendant Pittsburg Properties, LLC*
*(incorrectly named as Morrison Enterprises, LLC)*

        */s/ Luke R. Hertenstein*
        *Attorney for Defendants Mitchell Bro's*
        *Construction, Inc. and Ricky Mitchell*