## IN THE UNITED STATES DISTRICT COURT
## FORT THE DISTRICT OF KANSAS

| | |
|---|---|
| DANIEL WASHBURN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2018-CV-02632 |
| | ) |
| TRACTOR SUPPLY COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of December 2018, a true and correct copy of the following were forwarded electronically, along with a copy of this *Certificate of Service*, to the following:

(1) *Plaintiffs' Answers to Defendant Pittsburg Properties, LLC's First Set of Interrogatories;* and

(2) *Plaintiffs' Responses to Defendant Pittsburg Properties, LLC's First Request for Production of Documents*

Ms. Sheila D. Verduzco
7301 West 133rd Street
Suite 302
Overland Park, Kansas 66213
Verdus1@nationwide.com

/s/ Kala Spigarelli
KALA SPIGARELLI, Bar No. 14857
THE SPIGARELLI LAW FIRM
515 North Broadway
Pittsburg, Kansas 66762
(620)231-1290
(620)232-6650 Fax
kspig@spigarelli-law.com
*ATTORNEY FOR PLAINTIFF*